UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-25-1428-J |
| QUINTESSA, LLC; INFOWORX DIRECT LLC; IWDLLC, LLC; and RONALD PERLSTEIN, | ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

On March 3, 2026, Defendants Infoworx Direct, LLC; IWDLLC, LLC; and Ronald Perlstein filed a motion to dismiss [Doc. No. 28]. On March 9, 2026, Plaintiff filed a First Amended Complaint [Doc. No. 29]. Because the First Amended Complaint has been filed, the Court FINDS Defendants' motion to dismiss [Doc. No. 28] is now MOOT.

IT IS SO ORDERED this 10th day of March, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE